UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

NANCY LENHART and JOHN LENHART,   09-CV-4045 (RRM)

                     Plaintiffs,   JURY INSTRUCTIONS
  -against-

THE LONG ISLAND RAIL ROAD,

                     Defendant.

-------------------------------------------------------------------x

      The parties have agreed that Plaintiff's Final Jury Instructions and Defendant's Instructions on Damages are joint submissions and well as Defendant's Verdict Sheet and Introductory Statement.